MARINA L. LEFEBVRE *v.* JEFFREY A. LEFEBVRE

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 662 (AC 22323), is denied.

*Jeffrey A. Lefebvre,* pro se, in support of the petition.

*Richard F. Paladino,* in opposition.

Decided May 2, 2003

STATE OF CONNECTICUT *v.* ROLANDO CRUZ

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 500 (AC 22575), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, with respect to the challenged instruction on the issue of self-defense, the defendant could not prevail under *State* v. *Golding,* 213 Conn. 233, 567 A.2d 823 (1989)?"

The Supreme Court docket number is SC 16990.

*Alice Osedach-Powers,* assistant public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided May 2, 2003